**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00088-CV

**EASTON RUTKOSKI, KYLE PALMER, ROBERTO GONZALEZ, EPIC ERA INCORPORATED, ECOSWAY USA, INC. GLEN JENSEN AND JEFFREY ALDOUS,**
**Appellants**

**V.**

**EVOLV HEALTH, LLC, EVOLV HEALTH INTERNATIONAL, LLC, AND EVOLVHEALTH MEXICO SERVICOS, S. DE R.L. DE C.V., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13499**

## ORDER

Before the Court is appellees' July 21, 2017 unopposed motion for withdrawal and substitution of counsel. We **GRANT** appellees' motion. We **DIRECT** the Clerk of the Court to remove Robert B. Gilbreath, Lawrence J. Friedman, Carter Boisvert, and Michael L. Gaubert and substitute Charles "Chad" Baruch as attorney of record for appellant. All future correspondence should be sent to Charles "Chad" Baruch; Johnson Tobey Baruch PC; 3308 Oak Grove Avenue; Dallas, Texas 75204; telephone: (214) 741-6260; facsimile: (214) 741-6248; email: chad@jtlaw.com.

Also before the Court is appellees' July 21, 2017 unopposed first motion for extension of time to file their brief. We **GRANT** their motion and **ORDER** appellees to file their brief on or before August 26, 2017.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE